# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TURBINE POWERED TECHNOLOGY, LLC

VERSUS

DAVID CROWE, KENNETH
BRACCIO, DONALD FOLEY,
GEORGE JACKSON, KENT
ELLSWORTH, ARIZONA TURBINE
TECHNOLOGY, L.L.C., ARIZONA
TURBINE TECHNOLOGY, INC.,
ADVANCED TURBINE SERVICES,
L.L.C., & TURBINE INTEGRATED
POWER SYSTEMS, L.L.C.

NO.   2020 CW 0553

AUGUST 6, 2020

---

In Re:   Advanced Turbine Services, LLC and Kenneth Braccio,
applying for supervisory writs, 16th Judicial District
Court, Parish of St. Mary, No. 130379.

---

BEFORE:   McCLENDON, WELCH, HOLDRIDGE, PENZATO, AND LANIER, JJ.

**WRIT GRANTED.**   The trial court's June 24, 2020, ruling
denying Advanced Turbine Services, LLC and Kenneth Braccio's
"Motion for Leave to File First Amended and Supplemental
Reconventional Demand" is reversed.   Amendment of pleadings
should be liberally allowed. **Nexion Health at Minden, Inc. v.
Louisiana Dep't of Health,** 2018-0069 La. App. 1st Cir. 3/7/18),
2018 WL 1182897 (unpublished); **Premier Bank, Nat. Ass'n v.
Robinson,** 618 So.2d 1037, 1040 (La. App. 1st Cir. 1993).   Thus,
the trial court abused its discretion in denying defendants'
motion for leave to amend.

**PMc**
**AHP**
**WIL**

**Holdridge, J.,** concurs.   It is mandatory under La. C.C.P.
art. 1061 for the defendants to assert in a reconventional
demand all causes of action that he may have against the
plaintiffs that arise out of the transaction or occurrence that
is the subject matter of the principal demand.

**Welch, J.,** dissents and would deny the writ.   The criteria
set forth in **Herlitz Construction Co., Inc. v. Hotel Investors
of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (per curiam), are
not met.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT